## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

Fourth Circuit No. 23-4600          District Court No. 21-00054

Style of Case: US. v. Eghosasere Avboraye-Igbinedion

### REQUEST FOR EXTENSION OF TIME AND WAIVER OF
### APPLICABLE FEE REDUCTION SANCTION

I request an extension of time and waiver of applicable fee reduction sanctions until 12/08/2023     for the filing of the transcript which is due on 11/29/2023 . As of this date, approximately 817    pages have been completed and  171 pages are yet to be transcribed.

Also trying to communicate with Mr. Guillaume regarding a voucher being submitted.

### JUSTIFICATION IS AS FOLLOWS:

A.     Outstanding District Court transcripts ordered within 90 days of this request.  Any pending appellate transcripts will be taken into consideration in deciding this request.     524 pages of regularly ordered transcripts

B.     In-Court Time:  (give total days/hours by month)     Sept - 18.5 hours, 14 days; Oct 17.25 hours, 11 days; Nov 14 hours, 7 days.

C.     Travel:  (give hours spent traveling to and from Court by month)

D.     Other:  (please provide any other information you would like the Court to consider when reviewing your request.  Please be aware that this information will be posted on the public docket.)     appeal transcripts due end of October; Sanders, Mason, Lawton

Date: 11/26/2023 _____          Name: Kassandra L. McPherson _____

Print to PDF for Filing