UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

23-4600

UNITED STATES OF AMERICA,
                                                  Appellee,

v.

EGHOSASERE AVBORAYE-IGBINEDION,
                                                  Appellant.
_____

**APPELLANT'S MOTION TO EXCEED JOINT APPENDIX LENGTH LIMITATIONS**

Eghosasere Avboraye-Igbinedion, ("Appellant"), by and through his attorney, Alfred Guillaume III, Esq. respectfully requests that this Court grant leave to Exceed Length Limitations of the Joint Appendix. In support of this Unopposed Motion, Appellants state as follows:

1. The Joint Appendix, including entries by both sides is 1,149 pages. As such, it exceeds the 500-page limit.

2. This motion is unopposed.

    WHEREFORE, Appellants respectfully request that this Honorable Court grant leave to exceed length limitation and file a joint appendix containing 1,149 pages.

Respectfully submitted,

*s/ Alfred Guillaume III*
Alfred Guillaume III, Esq.
Law Offices of Alfred Guillaume III, LLC
6305 Ivy Ln., Suite 700
Greenbelt, MD 20070
(202)-321-0549

Counsel for Appellant
Eghosasere Avboraye-Igbinedion

## CERTIFICATE OF SERVICE

I hereby certify that on this day, February 12, 2024, a copy of the foregoing was served on all of the parties by CM/ECF.

*s/ Alfred Guillaume III*
Alfred Guillaume III, Esq.