FILED: February 12, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4600
(1:21-cr-00054-RDB-2)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

EGHOSASERE AVBORAYE-IGBINEDION, a/k/a Ego, a/k/a Ghost

Defendant - Appellant

_____

O R D E R

_____

The court denies the motion to exceed the length limitations established by

Local Rule 32(a) for the joint appendix.

The denial is without prejudice to filing of a renewed motion that includes

with particularity the grounds for the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk