## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 1, 2024

_____

DOCKET CORRECTION NOTICE

_____

No.  23-4600,     <u>US v. Eghosasere Avboraye-Igbinedion</u>
              1:21-cr-00054-RDB-2

TO:     United States of America

**BRIEF CORRECTION DUE:  April 4, 2024**

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** entry and select "Corrected" as a modifier. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[**X**] Please update the citations to the supplemental appendix within the response brief then file the corrected response brief.

Karen Stump, Deputy Clerk
804-916-2704